# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 22, 2013

Lyle W. Cayce
Clerk

No. 12-10837
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUVENCIO MAGANA,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CR-236-2

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Juvencio Magana has moved for leave
to withdraw and has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Magana has filed a response. The record is insufficiently developed to allow
consideration at this time of Magana's claim of ineffective assistance of counsel;
such a claim generally "cannot be resolved on direct appeal when the claim has
not been raised before the district court since no opportunity existed to develop

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted).  We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Magana's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.